# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. JOHNSON,<br><br>        Plaintiff,<br><br>   v.<br><br>BBVA USA,<br><br>        Defendant. | Case No. 21-cv-00634-DAD-BAM<br><br>ORDER FOLLOWING SETTLEMENT CONFERENCE VACATING DATES AND DIRECTING PARTIES TO FILE DISPOSITIVE DOCUMENTS<br><br>(ECF Nos. 22, 23)<br><br>FORTY-FIVE DAY DEADLINE |

The Court conducted a settlement conference in this action on March 9, 2022, at which the parties reached a settlement agreement.  (ECF Nos. 22, 23.)

Based upon the settlement of this action, IT IS HEREBY ORDERED that:

1.    All pending matters and dates in this action are VACATED; and

2.    The parties shall file dispositive documents within forty-five (45) days of entry of this order.

IT IS SO ORDERED.

Dated:  **March 9, 2022**

UNITED STATES MAGISTRATE JUDGE

1